AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01546

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Acting U.S. Attorney J. Bishop Grewell__
was received by me on *(date)* __05/16/2025__ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Summons was served via U.S.P.S. certified mail on 05/27/2025
Acting U.S. Attorney J. Bishop Grewell
U.S. Attorneys Office, District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
(9589 0710 5270 1015 7959 33)

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __06/17/2025__

*Wynter B Wells*
*Server's signature*

Wynter B. Wells, Legal Assistant
*Printed name and title*

Holland & Hart, LLP, 555 17th Street, Suite 3200, Denver, CO 80202
*Server's address*

Additional information regarding attempted service, etc: