AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-01546

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Assistant Attorney General for Administration

was received by me on *(date)*   05/16/2025   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Summons was served via U.S.P.S. certified mail on 05/29/2025
Assistant Attorney General for Administration
US Department of Justice
950 Pennsylvania Ave., N.W. Room 1111
Washington, D.C. 20530
(7021 0350 0000 0226 0659)

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/17/2025

*Wynter B Wells*
*Server's signature*

Wynter B. Wells, Legal Assistant
*Printed name and title*

Holland & Hart, LLP, 555 17th Street, Suite 3200, Denver, CO 80202
*Server's address*

Additional information regarding attempted service, etc: