AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01546

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Commissioner of Internal Revenue was received by me on *(date)* 05/16/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons was served via U.S.P.S. certified mail on 05/28/2025
Commissioner of Internal Revenue
1111 Constitution Avenue, N.W.
Washington D.C. 20224
(7021 0350 0000 0225 9651)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/17/2025

*Wynter B Wells*
*Server's signature*

Wynter B. Wells, Legal Assistant
*Printed name and title*

Holland & Hart, LLP, 555 17th Street, Suite 3200, Denver, CO 80202
*Server's address*

Additional information regarding attempted service, etc: