# EXHIBIT 2

**Summons Attachment to the Form 2039, Summons, served upon First Bank Colorado at 12345 West Colfax Avenue, Lakewood CO 80215 on May 29, 2025 in the matter of David R. Runge.**

This summons pertains to all accounts in the name(s) of David R. Runge. This summons requires the production of records from all accounts for the period of January 1, 2014 through December 31, 2021. Records required include (but are not limited to):

1. Monthly statements
2. Deposit offsets (front and back) $500.00 or greater
3. Deposit tickets
4. Cancelled checks (front and back) $500.00 or greater
5. Signature cards
6. Debit and credit memos
7. Loan applications, including lines of credit, and all documents related to loan(s)
8. Financial statements
9. Safe deposit box entry cards
10. Cashier's checks and applications
11. Money orders
12. Foreign and domestic letters of credit and wires of funds along with related documents disclosing source of funds and, for wires of funds, the destination of the funds along with any related correspondence
13. Agency agreements and correspondence
14. Closing transaction on the account (check, wire transfer, etc. regardless of amount)

Information may be provided in electronic format (i.e., CDs, disks, etc.).

### ADDITIONAL NOTES

**PERSONAL APPEARANCE:** Personal appearance is not necessary if the required records are received by mail by **Revenue Agent Yinnie Chow at 1900 O'Farrell St., Suite 200, San Mateo, CA 94403** by the date specified in the summons. In addition to the record layout described below, a cover letter is required to identify the taxpayer case, the summoned witness, whether the response is incomplete, and if certain requested records do not exist. If you do mail the information, you MUST

attach a cover letter which outlines the information and records provided, with your name, title, address, and phone number, if further contact is required.

**RECORD FORMAT:** Records are requested in the form of magnetic media on compact disk or flash drive, whenever available. A record layout for the data is also requested. The record layout should specify the type of information provided and actual electronic file name. Each type of information should be recorded in a separate document; however, multiple dates may be included in the same file. The record layout should be placed in the same order as the information listed above.

**QUESTIONS REGARDING PRODUCTION:** If you have questions about the format in which to provide electronic data, please contact Revenue Agent Yinnie Chow by telephone at (650) 645-4109 or e-mail Yinnie.Chow@irs.gov