# EXHIBIT 3



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
301 S. Howes St
Room 302
Ft. Collins  CO  80521

Date:
November 22, 2024
Taxpayer ID number (last 4 digits):
2655
Tax form:
1040
Tax period:
December 31, 201⁄ - 2021
Contact period:
January 07, 2025, through
January 07, 2026
Person to contact:
Name:      Tony Giametti
ID number: 316326
Telephone: 970-495-1374
Fax:       877-658-5331
Hours:     8:00-4:30 PM

DAVID A RUNGE
2525 Arapohoe Ave
Apt E4-145
Boulder  CO  80302

Dear DAVID A RUNGE:

We're in the process of determining your correct federal tax liability for the periods shown above. Generally, we deal directly with you or your duly authorized representative. However, sometimes we talk with other people, for example, when we need information you've been unable to provide, or to verify information we've received.

**We're writing to tell you we intend to contact other people during the contact period shown above.** When we contact other people, we generally need to tell them limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking. You have a right to request a list of people we contact. You can make your request by phone, in writing, by fax, or when speaking to an IRS employee.

For a summary of this letter or additional resources visit **IRS.gov/ltr3164**. If you have questions about this letter or want to request a list of the people we've contacted, you can contact the person at the top of this letter. If you write or fax, include the contact person's name and ID number. You can fax your request using either a fax machine or online fax service. Protect yourself when sending digital data by understanding the fax service's privacy and security policies. **You're not required to respond to this letter.**

Sincerely,

*Tony Giametti*
Digitally signed
by Tony Giametti
Date: 2024.11.22
13:08:42 -07'00'

Tony Giametti
Internal Revenue Agent

Letter 3164-E (Rev. 6-2023)
Catalog Number 73229R

**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**

IRS  301 S. Howes St
Room 302
Ft. Collins  CO  80521

Date:
November 22, 2024
Taxpayer ID number (last 4 digits):
2655
Taxpayer name:
DAVID A RUNGE
X RUNGE
Form number:
1040
Years:
December 31, 2016
December 31, 2017
December 31, 2018
Person to contact:
Tony Giametti
Employee ID number:
316326
Contact telephone number:
970-495-1374
Contact fax number:
877-658-5331

Michael Kramarz
One Town Center Drive
Suite 400
Boca Raton FL  33486

Dear Michael Kramarz:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*Tony Giametti* Digitally signed by Tony Giametti
Date: 2024.11.22 13:09:14 -07'00'

Tony Giametti
Internal Revenue Agent

Enclosures:
☐ Letters
☐ Reports
☐ Copy of Determination Letter
☐ Other

**Letter 937 (Rev. 3-2017)**
Catalog Number 30760X



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
301 S. Howes St
Room 302
Ft. Collins  CO  80521

**Date:**
November 22, 2024
**Taxpayer ID number (last 4 digits):**
2655
**Taxpayer name:**
DAVID A RUNGE

**Form number:**
1040
**Years:**
December 31, 2014
December 31, 2015
December 31, 2021
**Person to contact:**
Tony Giametti
**Employee ID number:**
316326
**Contact telephone number:**
970-495-1374
**Contact fax number:**
877-658-5331

Michael Kramarz
One Town Center Road
Ste 400
Boca Raton FL  33486

Dear  Michael Kramarz:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*Tony Giametti*

Digitally signed by Tony Giametti
Date: 2024.11.22 13:49:32 -07'00'

Tony Giametti
Internal Revenue Agent

Enclosures:
☒ Letters
☐ Reports
☐ Copy of Determination Letter
☐ Other

**Letter 937 (Rev. 3-2017)**
Catalog Number 30760X

**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**

**IRS** 301 S. Howes St
Room 302
Ft. Collins CO 80521

Date:
November 22, 2024
Taxpayer ID number (last 4 digits):
2655
Taxpayer name:
DAVID A RUNGE
X RUNGE
Form number:
1040
Years:
December 31, 2019
December 31, 2020

Person to contact:
Tony Giametti
Employee ID number:
316326
Contact telephone number:
970-495-1374
Contact fax number:
877-658-5331

Michael Kramarz
One Town Center Drive
Suite 400
Boca Raton FL 33486

Dear Michael Kramarz:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*Tony Giametti*
Digitally signed by Tony Giametti
Date: 2024.11.22 13:09:37 -07'00'

Tony Giametti
Internal Revenue Agent

Enclosures:
☐ Letters
☐ Reports
☐ Copy of Determination Letter
☐ Other

**Letter 937 (Rev. 3-2017)**
Catalog Number 30760X