# EXHIBIT 4

# Service of Summons, Notice and Recordkeeper Certificates
(Pursuant to Section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on

| Date | Time |
|---|---|
| 04/29/2025 | 12:00pm |

**How Summons Was Served**

☐ 1. I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed

☐ 2. I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)* _____

☒ 3. I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address  First Bank Colorado

12345 West Colfax Avenue, Lakewood CO 80215

☐ 4. I certify that I served a copy of the summons, which contained the attestation required by § 7603, by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness, *(e.g. facsimile transmission)*

| Signature | Title |
|---|---|
| Yinnie Chow (Digitally signed by Yinnie Chow Date: 2025.05.13 12:02:23 -07'00') | Internal Revenue Agent |

5. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

| Date of giving notice | Time |
|---|---|
| 04/29/2025 | 12:00pm |

Name of noticee

David R. Runge

Address of noticee *(if mailed)*

2525 ARAPAHOE AVE., UNIT E4 PMB 145 BOULDER CO 80302-6746

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person *(if any)*

☐ I gave notice by handing it to the noticee

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned

☐ No notice is required

| Signature | Title |
|---|---|
| Yinnie Chow (Digitally signed by Yinnie Chow Date: 2025.05.13 12:02:59 -07'00') | Internal Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  | Internal Revenue Agent |

Form **2039** (Rev. 3-2020)   Catalog Number 21405J   publish.no.irs.gov   Department of the Treasury - **Internal Revenue Service**

Certified Mailing Solutions, Inc. ETC® - Electronic Tracking & Confirmation®

The following information below was provided by the US Postal Service (USPS), and presented in this form ERR® - Electronic Return Receipt™ through Certified Mailing Solutions, Inc. (CMSI) and ETC® - Electronic Tracking & Confirmation®. If signature is required of the recipient, a request must be made prior to mailing.

Pg. 1 of 2

**ERR® - ELECTRONIC RETURN RECEIPT™**    Ser.# 871337.105 / 3,600,075

1. Article Addressed to:

**FIRST BANK COLORADO**
**12345 W COLFAX AVE**
**LAKEWOOD CO 80215-3742**

*Delivery Confirmation*

Your item has been marked as DELIVERED FRONT DESK/RECEPTION/MAIL ROOM on May 2, 2025 at 11:01AM in DENVER, CO 80215.

3. Service Type

[X] Certified Mail            [ ] Express Mail
[ ] Restricted Delivery       [ ] Return Receipt
[ ] Insured Mail              [ ] C. O. D.

2. Article Number    **9307 1001 1300 0184 9744 04**

CMSI Form 8533, March 2009

**Report Copyright 2001 by Certified Mailing Solutions, Inc.. All Rights Reserved.** The U.S. Postal Service has provided the delivery information shown on this report. This report and data will remain accessible from CMSI for a minimum period of ten (10) years or more if required from the last event date shown above.
For additional information contact,    **Certified Mailing Solutions, Inc. at 1-800.946.3274.**

<u>Certified Mailing Solutions, Inc. ETC® - Electronic Tracking & Confirmation®</u>

The following information below was provided by the US Postal Service (USPS), and presented in this form ERR® - Electronic Return Receipt™ through Certified Mailing Solutions, Inc. (CMSI) and ETC® - Electronic Tracking & Confirmation®. If signature is required of the recipient, a request must be made prior to mailing.

# ELECTRONIC TRACKING INFORMATION
## 9307 1001 1300 0184 9744 04

Pg. 2 of 2

### USPS Electronic Tracking and Delivery Confirmation Information

```
Your item has been marked as DELIVERED FRONT DESK/RECEPTION/MAIL ROOM on May  2,
2025 at 11:01AM in DENVER,CO 80215.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on May  2, 2025 at
1:56AM in DENVER CO  DISTRIBUTION CENTER 80266.
Arrived at PO 80266----146--05/02/2025 01:56:22
Your item has been marked as DEPARTED USPS REGIONAL FACILITY on May  1, 2025 at
10:44AM in DENVER CO  DISTRIBUTION CENTER 80266.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on May  1, 2025 at
9:10AM in DENVER CO  DISTRIBUTION CENTER 80266.
Arrived at PO 80266----143--05/01/2025 09:10:19
Your item has been marked as PROCESSED THROUGH USPS FACILITY on April 29, 2025 at
10:14PM in SAN FRANCISCO CA DISTRIBUTION C 94188.
Arrived at PO 94188----141--04/29/2025 22:14:17
WAITING FOR USPS SCAN
```

**Report Copyright 2001 by Certified Mailing Solutions, Inc.. All Rights Reserved.**The U.S. Postal Service has provided the delivery information shown on this report. This report and data will remain accessible from CMSI for a minimum period of ten (10) years or more if required from the last event date shown above.
For additional information contact,   **Certified Mailing Solutions, Inc. at 1-800.946.3274.**

Page 1 of 1

## CMSI/PS FORM 3877

Flats 9 X 12

Yinnie Chow
Internal Revenue Service
1900 O'Farrell St.
Suite 200
San Mateo CA 94403

CMSI Manifest

| | |
|---|---|
| Date: | 4/29/2025 |
| Time: | 1:53PM |
| Number: | 1813201 |

| Article No. | Addressee Name<br>Delivery Address | Wt. oz. | Zip/Zone | Class/Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 9307100113000184974404<br>SEQ#00000001 | FIRST BANK COLORADO<br>12345 W COLFAX AVE<br>LAKEWOOD CO 80215-3742 | 5.00 | | 1C | 4.85 | 0.00 | 0.00 | 2.590 | 7.44 |

| | Pieces | Postage | Certified | Return Reciept | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| Page Totals | 1 | 2.590 | 4.85 | 0.00 | 0.00 | 7.44 |

**USPS CERTIFICATION**

Total Number of Received: 1

Signature of USPS Receiving Employee

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

Place Round Stamp Here