IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-01546-JLK

DAVID R. RUNGE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**STIPULATED DISMISSAL OF PETITION TO QUASH THIRD-PARTY SUMMONS**

    Plaintiff David Runge and Defendant United States of America hereby stipulate to dismiss this action pursuant to Rule 41(a)(1)(A)(ii). As part of this stipulated dismissal, the parties agree as follows:

    1.    On April 29, 2025, IRS Revenue Agent Yinnie Chow issued a summons to First Bank Colorado in connection to an ongoing examination of Runge's correct federal income tax liabilities for 2014 through 2021. This summons is referred to as the Contested Summons.

    2.    The United States agrees that some of the documents requested in the Contested Summons were already produced by First Bank Colorado in response to an earlier summons in another, separate, but related, examination.

    3.    The IRS therefore narrows the April 29, 2025 summons issued to First Bank Colorado by IRS Revenue Agent Yinnie Chow to the following requests in Table 1 and the bank statements described in paragraph 5, below. The Government represents that the documents covered by these requests are not already in the IRS's possession:

/ / /

| Requests to be Enforced | Corresponding Request in Contested Summons |
|---|---|
| Deposit offsets (front and back) $500.00 or greater | Request #2 |
| Deposit tickets | Request #3 |
| Cancelled checks (front and back) $500.00 or greater | Request #4 |
| Debit and credit memos | Request #6 |
| Loan applications, including lines of credit, and all documents related to loan(s) | Request #7 |
| Cashier's checks and applications | Request #10 |
| Closing transaction on the account (check, wire transfer, etc. regardless of amount) | Request #14 |

*Table 1*

4.  The Government represents that that the IRS has the following documents for First Bank Colorado accounts in the name of Runge:

| Account Number (Last Four) | Statements Provided by Runge in Response to IDR | Statements Provided by First Bank Colorado in Response to Earlier Summons |
|---|---|---|
| 0698 | 06.30.2017 - 12.31.2021 | 01.31.2014 – 03.31.2023 |
| 0736 | | 12.31.2013 – 07.29.2016 |
| 0744 | 06.30.2017 - 12.31.2021 | 12.31.2013 – 03.31.2023 |
| 2618 | | 12.02.2015 – 12.02.2015 |
| 2885 | | 11.30.2016 – 03.31.2021 |
| 4655 | 03.20.2020 - 12.15.2021 | 03.20.2020 – 04.28.2023 |
| 4779 | | 12.31.2013 – 07.31.2014 |
| 5740 | 06.30.2017 – 12.16.2021 | 12.31.2013 – 03.31.2023 |
| 9279 | 03.20.2020 - 12.16.2021 | 03.20.2020 – 03.16.2023 |

2

| | | |
|---|---|---|
| 9287 | 06.30.2017 - 05.17.2021; 06.16.2021 - 12.16.2021 | 03.20.2020 – 01.31.2023 |

*Table 2*

5. As shown in Table 2, above, there are several accounts for which the IRS does not have bank statements for every month between January 1, 2014 and December 31, 2021. The IRS narrows the first request in the Contested Summons to bank statements for these missing periods (to the extent they exist) and statements for the account ending 9287 between January 1, 2014 and March 20, 2020.

6. The parties agree to dismiss this case and to allow the IRS to proceed with this narrower Contested Summons described in paragraph 3, above.

Respectfully submitted July 28, 2025.

/s/ Connor J. Pestovich
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
*Tel*.   (202) 616-2378
*Fax*.   (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States*

/s/ Derick R. Vollrath
Jennifer E. Benda
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202
Telephone: (303) 295-8203
Email: jebenda@hollandhart.com

Matthew E. Wright
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202
Telephone: (303) 295-8161
Email: mewright@hollandhart.com

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 SE 3rd Avenue
Suite 805
Fort Lauderdale, FL 33394
(954) 462-1200
jneiman@mnrlawfirm.com

Derick R. Vollrath
Marcus Neiman Rashbaum & Pineiro LLP
100 SE 3rd Avenue
Suite 805
Fort Lauderdale, FL 33394
(954) 462-1200
dvollrath@mnrlawfirm.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to counsel for all parties that have appeared in this action.

                                                         */s/ Connor J. Pestovich*
                                                         CONNOR J. PESTOVICH
                                                         Trial Attorney, Tax Division
                                                         United States Department of Justice